**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01276-CV

### STEVEN WELLS, Appellant

### V.

### GLEN DALE MOTOR CO. AND TOMSIC MOTOR CO., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03265**

## ORDER

Both the clerk's and reporter's records in this case are overdue. By postcard dated November 1, 2013, we notified the court reporter that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, the reporter's record has not been filed. Also by postcard dated November 1, 2013, we notified the district clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notifiy appellant that if we receive*

*verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Vielica Dobbins, official court reporter for the 134th Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record. *We notifiy appellant that if we receive verification he is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic tranmission, to the following persons:

Gary Fitzsimmons
Dallas County District Clerk

Vielica Dobbins
Official Court Reporter, 134th Judicial District Court

/s/    CAROLYN WRIGHT
CHIEF JUSTICE